CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendant, Junction Petroleum, Inc.

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, SBN 166317
Phyl Grace, SBN 171771
P. O. Box 262490
San Diego, CA  92196-2490

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Sunny Bhullar; Junction Petroleum, Inc., a California Corporation; and Does 1-10,<br><br>          Defendants. | Case No. 2:14-cv-01756-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (as to Defendant Sunny Bhullar only); ORDER THEREON** |

**IT IS STIPULATED** by and between the parties hereto that this action be dismissed without prejudice as to Defendant SUNNY BHULLAR only

**IT IS SO STIPULATED**.

VAUGHAN & ASSOCIATES

*STIPULATION FOR DISMISSAL OF DEFENDANT BHULLAR; ORDERE THEREON*
*2:14-cv-01756-MCE-CKD*

Dated:  July 24, 2015                    /S/ *Cris C. Vaughan*
                                         CRIS C. VAUGHAN
                                         Attorney for Defendant,
                                         Junction Petroleum, Inc.


                                         CENTER FOR DISABILITY ACCESS

Dated:  July 24, 2015                     /S/ Phyl Grace
                                         PHYL GRACE
                                         Attorney for Plaintiff,
                                         Scott Johnson

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed without prejudice as to Defendant Sunny Bhullar only.

IT IS SO ORDERED.

Dated:  December 22, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT