UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1756-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| JUNCTION PETROLEUM, INC., a California corporation, et al., | |
| Defendants. | |

Plaintiff commenced this disability access case asserting a claim under the Americans with Disabilities Act ("ADA") and related state law claims, and defendant has answered the complaint. Thereafter, a settlement conference was set for July 14, 2016 at 10:00 a.m.

Due to the congestion of the court's docket and the resultant inability of the court to timely facilitate settlement conferences in all cases, the settlement conference is vacated and the case is referred to the court's Voluntary Dispute Resolution Program ("VDRP").

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for July 14, 2016, is VACATED.

2. This action is REFERRED to the VDRP.[1]

---

[1] The matter was previously stayed by the district judge on February 24, 2015. *See* ECF No. 7.

1

3. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
4. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
5. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
6. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

DATED: June 16, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE