UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUNNY BHULLAR; JUNCTION PETROLEUM INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01756-MCE-CKD<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation and pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE